UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

In Re: Missing Credentials

                                       Misc. Action No.
                                       MISC 11-0632

                                       (Bloom, M.J.)

------------------------------------x

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that Assistant United States Attorney Edward K. Newman hereby appears as counsel for the Honorable Jack B. Weinstein, the Honorable Raymond J. Dearie, the Honorable Sandra J. Feuerstein, the Honorable Sandra L. Townes, the Honorable Brian M. Cogan, the Honorable Nina Gershon, the Honorable Joseph Frank Bianco and the Honorable Dora Lizette Irizarry in the above captioned matter.

                                       Respectfully submitted,

                                       LORETTA E. LYNCH
                                       UNITED STATES ATTORNEY
                                       Eastern District of New York
                                       271 Cadman Plaza East, 7th Floor
                                       Brooklyn, New York 11201

BY:    /s/  Edward K. Newman
          EDWARD K. NEWMAN (EN 9670)
          Assistant United States Attorney
          (718) 254-6069

cc: Paul Andrew Mitchell
　　Plaintiff *pro se*
　　117 East Louisa Street
　　Seattle, WA 98102-3203