**CONFIDENTIAL**

TO: Sandra L. Townes
225 Cadman Plaza East
Brooklyn, 11201
NEW YORK STATE, 11201
USA 11201

ACTUAL NOTICE:
Obstruction of Correspondence
transmitted via U.S. Mail
is a felony violation of
18 U.S.C. 1702

OCT 11 2011
BROOKLYN OFFICE

Re: McDade Act Violations

All Rights Reserved
without Prejudice

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

(Re: Missing Credentials)

Misc. Action No.:
MISC 11-632

(Bloom, M.J.)

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Edward K. Newman hereby appears as counsel for the Honorable Jack B. Weinstein, the Honorable Raymond J. Dearie, the Honorable Sandra J. Feuerstein, the Honorable Sandra L. Townes, the Honorable Brian M. Cogan, the Honorable Nina Gershon, the Honorable Joseph Frank Bianco and the Honorable Dora Lizette Irizarry in the above captioned matter.

Respectfully submitted,

LORETTA E. LYNCH
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201

BY: /s/ Edward K. Newman
EDWARD K. NEWMAN (EN 9670)
Assistant United States Attorney
(718) 254-6065

*[Handwritten annotations overlaid on page:]* "Refused for Causes: Paul Andrew Mitchell, "Plaintiff" ("i.e. "for IT" in Latin) is not the "Plaintiff" in this action; is not 'Pro Se'; did not initiate this action; did not pay any filing fees; did not request summons; or cause same to be served; DCUS has no original jurisdiction; FOIA not USDC" — stamped "COPY" and circled "RTS"



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

In Re: Missing Credentials

                Misc. Action No.
                MISC 11-0632

                (Bloom, M.J.)

------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Edward K. Newman hereby appears as counsel for the Honorable Jack B. Weinstein, the Honorable Raymond J. Dearie, the Honorable Sandra J. Feuerstein, the Honorable Sandra L. Townes, the Honorable Brian M. Cogan, the Honorable Nina Gershon, the Honorable Joseph Frank Bianco and the Honorable Dora Lizette Irizarry in the above captioned matter.

                Respectfully submitted,

                LORETTA E. LYNCH
                UNITED STATES ATTORNEY
                Eastern District of New York
                271 Cadman Plaza East, 7th Floor
                Brooklyn, New York 11201

BY:   /s/  Edward K. Newman
       EDWARD K. NEWMAN (EN 9670)
       Assistant United States Attorney
       (718) 254-6069

**Refused**

cc: Paul Andrew Mitchell
Plaintiff pro se
117 East Louisa Street
Seattle, WA 98102-3203

**for Causes: (con'd)**

See 5 U.S.C. 552(a)(4)(B): such statutes conferring original jurisdiction must be STRICTLY construed; see extensive support here:

http://www.supremelaw.org/cc/aol/cert.htm #drama

"Just us" ATTORNeys appear to be CRAZY! ;C TOO

(RTS)

cc: Paul Andrew Mitchell
  Plaintiff *pro se*
  117 East Louisa Street
  Seattle, WA 98102-3203